IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| IN THE MATTER OF THE ) | No. 1:19-mc-00651-BPG |
| ADMINISTRATIVE INSPECTION OF ) | |
| SRI GANESH PHARMACY OF ) | |
| CUMBERLAND, INC. D/B/A POTOMAC) | |
| PHARMACY OF CUMBERLAND ) | |
| 501 N. CENTRE ST., ) | |
| CUMBERLAND, MARYLAND 21502 ) | |

## RETURN OF WARRANT FOR ADMINISTRATIVE INSPECTION

I received the attached Administrative Inspection Warrant on November 14, 2019. On November 18, 2019, I conducted an administrative inspection of the premises described in the warrant, and left a copy of the warrant with Potomac Valley Pharmacy. The following paper and electronic records were seized pursuant to the warrant:

See attached copies of two DEA-12's, Receipt of Case or Other Items and two DEA-7a's, Acquisition of Non-Drug Property Seizures.

Robert J. Hunt
Diversion Investigator
Drug Enforcement Administration

**U.S. DEPARTMENT OF JUSTICE - DRUG ENFORCEMENT ADMINISTRATION**

## RECEIPT FOR CASH OR OTHER ITEMS

TO: (Name, Title, Address (including ZIP CODE), if applicable)
DANIEL I. SEMINGER, RPH
@ POTOMAC VALLEY PHARMACY
501 N. CENTRE ST.
CUMBERLAND, MD. 21502

FILE NO.

G-DEP IDENTIFIER

FILE TITLE

DATE: NOVEMBER 18 2019

DIVISION/DISTRICT OFFICE
HAGERSTOWN DEA OFFICE (301) 223-1997

I hereby acknowledge receipt of the following described cash or other item(s), which was given into my custody by the above named individual.

| AMOUNT or QUANTITY | DESCRIPTION OF ITEM(S) | PURPOSE (If Applicable) |
|---|---|---|
| 1 BOX | DRAWERS #3, #6 (CDS) FROM METAL GRAY DRAWERS IN BACK ROOM | SCANNING AND RETURN TO PHARMACY |
| | – DRAWER #3 – 21 BUNDLES | |
| | – DRAWER #6 – 17 BUNDLES | |
| | – 3 BUNDLES OF SCRIPTS FROM COUNTER / LOCATION B | |
| | – 18 BUNDLES OF C2s (SEPT-OCT 2019) | |
| 1 | BROWN FOLDER CONTAINING PATIENT PROFILES | |
| | LAST ITEM | |

RECEIVED BY (Signature): [signed] Jeffrey Hunt
NAME AND TITLE (Print or Type): JEFFREY HUNT DEA/DI

WITNESSED BY (Signature): [signed]
NAME AND TITLE (Print or Type): Michael Dellimuro, Special Agent

FORM DEA-12 (8-02) Previous editions obsolete
Electronic Form Version Designed in JetForm 5.2 Version

U.S. DEPARTMENT OF JUSTICE - DRUG ENFORCEMENT ADMINISTRATION
## RECEIPT FOR CASH OR OTHER ITEMS

| TO: (Name, Title, Address (including ZIP CODE), if applicable) | FILE NO. | G-DEP IDENTIFIER |
|---|---|---|
| Dan Iseminger | FILE TITLE | |
| | DATE 11/18/2019 | |

**DIVISION/DISTRICT OFFICE**
Potomac Valley Pharmacy

I hereby acknowledge receipt of the following described cash or other item(s), which was given into my custody by the above named individual.

| AMOUNT or QUANTITY | DESCRIPTION OF ITEM(S) | PURPOSE (If Applicable) |
|---|---|---|
| 1 | Cardboard box labeled # 2114500 thru 2118799 dated 9-19-17 thru 5-31-18 containing numerous prescriptions | For scanning and return to pharmacy |
| 1 | Cardboard box labeled 4177900 thru 4181499 dated 5-2-18 thru 1-28-19 containing numerous prescriptions | |
| 1 | Cardboard box labeled 2122000 thru 2124850 dated 1-3-19 thru 6-20-19 containing numerous prescriptions | |

RECEIVED BY (Signature)

WITNESSED BY (Signature)

NAME AND TITLE (Print or Type)
Michael Dellamura  Special Agent

NAME AND TITLE (Print or Type)
TFO Crutsinger

FORM DEA-12 (8-02) Previous editions obsolete                Electronic Form Version Designed in JetForm 5.2 Version

| U.S. Department of Justice | | | | | *(DO NOT USE FOR DRUG EVIDENCE)* |
|---|---|---|---|---|---|
| Drug Enforcement Administration | | | | | **ACQUISITION OF NONDRUG PROPERTY SEIZURES** |

| 1. Date Prepared: 11-19-2019 | 2. Case Number: GC-20-2004 | 3. File Title: POTOMAC VALLEY PHARMACY | | | 4. GDEP #: HAN3M |
|---|---|---|---|---|---|
| 5. Group Number: Group 38 | 6. Program Code: | 7. Date taken into DEA Custody: 11-18-2019 | 8. Where obtained (Country, City, State) USA, Cumberland, MD | | |
| 9. Basis: | [X] Evidence<br>[ ] Forfeiture<br>[ ] Transfer In from Another Agency/DEA Office<br>[ ] Temporary Custody<br>    [ ] Safekeeping<br>    [ ] Transfer to Another Agency/DEA Office | | 10. Type: | [ ] Cash or other Monetary<br>[ ] Recovered Official Advanced Funds, OAF<br>[ ] Property *<br>    [ ] Title III-Related<br>[X] Other (Specify) screen shots, DVD, 2 OSB hard driv | |

\* Hazardous materials, including weapons, must be rendered safe or sanitized prior to submitting to Evidence Custodian. (See AM 6681).

11. If seized for forfeiture and held as evidence or for safekeeping, was a SSF prepared?
- [ ] Yes. Attach SSF and enter Asset ID (formerly CATS ID) #: _____.
- [ ] No. Explain: _____.

| 12. Exhibit # | 13. Name and Description of Articles | 14. Appraised Valuation or Cash Amount |
|---|---|---|
| N-1 | Screen shots of patient profiles and patient list | $0.00 |
| N-2 | one DVD containing patient profiles | $0.00 |
| N-3 | one OSB hard drive-image of pharmacy hard drive/server | $0.00 |
| N-4 | one OSB hard drive - image of pharmacy hard drive/server | $0.00 |

15. If firearm, enter the following information:

| Date of NCIC Check: | If stolen, provide NCIC#: | Serial Number: | Make: | Model: | Caliber: |
|---|---|---|---|---|---|
| | | | | | |

Date of Firearms Trace (Attach results to this document.): _____. If none, explain: _____.

If applicable, date of Ballistics Check (Attach results to this document): _____.

16. REMARKS:
On 11/18/2019, the above Exhibits N-1 thru N-4 were obtained from Potomac Valley Pharmacy, 501 N. Centre Street, Cumberland, MD 21502, during the execution of an Administrative Inspection Warrant. DI Hunt maintained care and custody of Exhibits N-1 through N-4 until they were processed into BDO non-drug evidence. Exhibits N-3 and N-4 were removed from Non-drug Evidence on 11/25/2019 and hand delivered to the Digital Evidence Laboratory by DI Hunt for analysis.
(Exhibit # N-1 - SSEE #: S000320538)(Exhibit # N-2 - SSEE #: S001219428)(Exhibit # N-3 - SSEE #: S000320539)(Exhibit # N-4 - SSEE #: S000320531)

| 17a. Type/Print Name of Special Agent/Task Force Officer/Diversion Investigator: /s/ Robert J Hunt, DI | 18a. Type/Print Name of Supervisor: /s/ Niketa G Prince, GS |
|---|---|
| 17b. Signature and Date: 11-19-2019 | 18b. Signature and Date: 11-25-2019 |

**EVIDENCE CUSTODIAN RECEIPT REPORT**

| 19. Received from: | |
|---|---|
| Type/Print Name: /s/Fatima S Desper | Signature and Date: 11-25-2019 |
| 20. Received by: | |
| Type/Print Name: /s/Keisha T Ellis | Signature and Date: 11-25-2019 |
| 21. Date Entered into ENEDS/CERTS: 11-25-2019 | |

DEA Form 7a (10/07) *(Previous editions are obsolete)*

Page 1 of 1

11031654

**U.S. Department of Justice**
**Drug Enforcement Administration**

*(DO NOT USE FOR DRUG EVIDENCE)*
**ACQUISITION OF NONDRUG PROPERTY SEIZURES**

| 1. Date Prepared: 11-21-2019 | 2. Case Number: GC-20-2004 | 3. File Title: POTOMAC VALLEY PHARMACY | | 4. GDEP #: HAN3M |
|---|---|---|---|---|
| 5. Group Number: Group 38 | 6. Program Code: | 7. Date taken into DEA Custody: 11-18-2019 | 8. Where obtained (Country, City, State) USA, Cumberland, MD | |

9. Basis:
- [X] Evidence
- [ ] Forfeiture
- [ ] Transfer in from Another Agency/DEA Office
- [ ] Temporary Custody
  - [ ] Safekeeping
  - [ ] Transfer to Another Agency/DEA Office

10. Type:
- [ ] Cash or other Monetary
- [ ] Recovered Official Advanced Funds, OAF
- [ ] Property *
  - [ ] Title III-Related
- [X] Other (Specify) DVD and patient profiles

* Hazardous materials, including weapons, must be rendered safe or sanitized prior to submitting to Evidence Custodian. (See AM 6681).

11. If seized for forfeiture and held as evidence or for safekeeping, was a SSF prepared?
- [ ] Yes. Attach SSF and enter Asset ID (formerly CATS ID) #: _____
- [ ] No. Explain: _____

| 12. Exhibit # | 13. Name and Description of Articles | 14. Appraised Valuation or Cash Amount |
|---|---|---|
| N-5 | One DVD containing scanned documents | $0.00 |
| N-6 | copies of patient profiles | $0.00 |

15. If firearm, enter the following information:

| Date of NCIC Check: | If stolen, provide NCIC#: | Serial Number: | Make: | Model: | Caliber: |
|---|---|---|---|---|---|
| | | | | | |

Date of Firearms Trace (Attach results to this document.): _____. If none, explain: _____

If applicable, date of Ballistics Check (Attach results to this document): _____.

16. REMARKS:
On 11/18/2019, Non drug Exhibit N-5 was created by DOMEX of scanned prescriptions obtained from Potomac Valley Pharmacy for copying following AIW. This exhibit was created during the execution of the AIW at Potomac Valley Pharmacy, 501 N. Centre St. Cumberland MD 21502.
On 11/18/2019, Non drug Exhibit N-6 was obtained from patient profile reports created by pharmacy staff at Potomac Valley Pharmacy during the AIW. DI Hunt maintained complete custody and care of Exhibits N-5 and N-6 until they were transferred into the BDO evidence vault for safekeeping on 11/25/2019.
(Exhibit # N-5 - SSEE #: S001282352)(Exhibit # N-6 - SSEE #: M000131078)

| 17a. Type/Print Name of Special Agent/Task Force Officer/Diversion Investigator: /s/ Robert J Hunt, DI | 18a. Type/Print Name of Supervisor: /s/ Niketa G Prince, GS |
|---|---|
| 17b. Signature and Date: 11-21-2019 | 18b. Signature and Date: 11-25-2019 |

**EVIDENCE CUSTODIAN RECEIPT REPORT**

19. Received from:

| Type/Print Name: /s/Fatima S Desper | Signature and Date: 11-25-2019 |
|---|---|

20. Received by:

| Type/Print Name: /s/Keisha T Ellis | Signature and Date: 11-25-2019 |
|---|---|

21. Date Entered into ENEDS/CERTS: 11-25-2019

DEA Form 7a (10/07) *(Previous editions are obsolete)*

Page 1 of 1

11036356